IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SNELL, CHRIS K. & CHELSEA E. § | § § § § § § | CASE NO: 10-41494-R<br>CHAPTER 7 |
| DEBTOR | | |

## NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00 INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

1) The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2) Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5 should be distributed by the trustee. The following funds are de minimus distributions and should be paid into the unclaimed registry of the court:

| Claimant | Amt | Claim # |
|---|---|---|
| Discover Bank | 1.06 | 3 |
| Advanta Bank Corp | 3.07 | 5 |
| GE Money Bank | 0.81 | 10 |
| Citicorp Trust Bank | 0.37 | 14 |
| HSBC Bank Nevada | 0.06 | 16 |
| GE Money Bank | 2.57 | 18 |
| American Express Centurion Bank | 0.29 | 19 |
| American Express Bank | 0.98 | 20 |
| FIA Card Services | 4.39 | 21 |
| Sylvan National Advertising Fund, Inc. | 1.80 | 22 |
| Slyvan Learning, Inc. | 4.98 | 23 |

For a total of $ 20.38

Dated: August 17, 2011

                                                         Respectfully submitted,

                                                         /s/ Linda S. Payne_____
                                                         Linda S. Payne
                                                         12770 Coit Rd, Suite 541
                                                         Dallas, TX 75251
                                                         972 628 3695

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent to the U. S. Trustee, via Email this 17th day of August, 2011.

/s/ Linda S. Payne